1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  ROBERT B. NELSON (TNBN 020916)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA  93944
7      Telephone: (831) 242-7321

8  Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,            )  No.: CR 05 00599 RS
                                         )
14            Plaintiff,                 )
                                         )
15       v.                              )  STIPULATION AND [PROPOSED] ORDER
                                         )  EXCLUDING TIME
16  ROBERT H. STODDARD,                  )
                                         )
17            Defendant.                 )  SAN JOSE VENUE
                                         )
18                                       )
                                         )
19                                       )
                                         )
20

21       On October 3, 2005, the parties in this case appeared before the Court for an arraignment.

22  After the defendant was arraigned on the information and entered a plea of not guilty, Assistant

23  Federal Public Defender Angela Hansen explained to the Court that the Defendant is a full-time

24  student in Oregon. As such, AFPD Hansen requested an exclusion of time under the Speedy

25  Trial Act from October 3, 2005 to October 18, 2005. The parties agree and stipulate that an

26

                                            1

                            STIPULATION AND [PROPOSED] ORDER
                                      CR 05-00599 RS

1  exclusion of time is appropriate based on the defendant's need for effective preparation of
2  counsel and continuity of counsel.

KEVIN V. RYAN
United States Attorney

*/s/ Robert B. Nelson*

ROBERT B. NELSON
Special Assistant United States Attorney

*/s/ Angela Hansen*

ANGELA HANSEN
Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from October 3, 2005 to October 18, 2005. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.  10/18/05

*/s/ Richard Seeborg*

RICHARD SEEBORG
United States Magistrate Judge