1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   ROBERT B. NELSON (TNBN 020916)
5  Special Assistant United States Attorney

6       Defense Language Institute – Criminal Law
        1336 Plummer Street, Building 275
7       Monterey, CA  93944
        Telephone: (831) 242-4537
8       FAX: (831) 242-5198

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SALINAS DIVISION

13 | UNITED STATES OF AMERICA,        ) Criminal No.:  CR 05 00599
                                      )
14 |        Plaintiff,                 ) NOTICE OF DISMISSAL
                                      ) WITHOUT PREJUDICE
15 |    vs.                           )
                                      )
16 | ROBERT H. STODDARD,              )
                                      )
17 |        Defendant.                 )
                                      )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above information without

21 prejudice.

22 DATED: 10/26/05

23
                                    KEVIN V. RYAN
24                                  United States Attorney

25
                                    _____
26                                  MATTHEW A. PARRELLA
                                    Chief, San Jose Branch Office

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | (Approved as to form: *Robert B. Nelson* |
| 4 | SAUSA Nelson |
| 5 | |
| 6 | Leave is granted to the government to dismiss the information without prejudice. |
| 7 | |
| 8 | DATED: |
| 9 | RICHARD SEEBORG<br>United States Magistrate Judge |
(Approved as to form: *Robert B. Nelson*
SAUSA Nelson

Leave is granted to the government to dismiss the information without prejudice.

DATED: _____

RICHARD SEEBORG
United States Magistrate Judge

2